UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,   **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

Quinlan O'Brien   7:21-MJ-00877

Defendant(s).
-----------------------------------------------------------------X

Defendant Quinlan O'Brien hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒   Initial Appearance Before a Judicial Officer

☐   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐   Guilty Plea/Change of Plea Hearing

☐   Bail/Detention Hearing

☐   Conference Before a Judicial Officer - Assignment of Counsel

/s/ Quinlan O'Brien (by permission)
Signed by Attorney for the Defendant

_Mehdi Essmidi_   _Mehdi Essmidi_
Defendant's Signature   Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Quinlan Daniel O'brien   Mehdi Essmidi
Print Defendant's Name   Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

1/25/21
Date   U.S. District Judge/U.S. Magistrate Judge