

# GRECO NEYLAND
## ATTORNEYS AT LAW

May 3, 2021

Southern District of New York
Attention Magistrate Clerk
300 Quarropas St.
White Plains, NY 10601

Re: *United States of America v. Quinlan Daniel O'Brien (21-mj-00877)*

*Via Electronic Mail*

Dear Judge:

My Client, Quinlan Daniel O'Brien, Respectfully request the following travel modifications for work and medical appointments with his primary care doctor.

My client obtained gainful employment with Handyboys, LLC., after his presentment in the Southern District of New York. In order to fulfill his duties for this position, my client is seeking authorization for work travel to the following states: New York, Connecticut, Massachusetts, New Jersey, Pennsylvania, Rhode Island, Vermont, and Cape Cod. Included here is a letter from Troy Ramcharran requesting these travel changes for Mr. O'Brien.

My Client's primary care physician is Dr. Rebecca Malone of Sharon Primary Care located at 29 Hospital Hill Rd Ste 1400, Sharon, CT 06069. This physician has treated Mr. O'Brien for the last 15 years. Mr. O'Brien's next medical appointment is scheduled for June 14, 2021. We are seeking permission for Mr. O'Brien to receive regular medical care with his primary care physician.

Mr. O'Brien's pre-trial officer does not have any objection to this travel request. I spoke with AUSA Jeffrey Coffman, who indicated that the Government likewise does not have any objection to this request either. Travel extension approved.

APPLICATION GRANTED

*[signature]*

Hon. Paul E. Davison, U.S.M.J.
5/13/21

521 5TH AVENUE, SUITE 1722 & 1723, NEW YORK, NY 10017
TEL. 212.951.1300   FAX 212.951.1302

NEW YORK    LOS ANGELES    HOUSTON